# Noble Rey Brewing Company, LLC

ASSETS, LIABILITIES & EQUITY

As of November 30, 2018

| | TOTAL |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|     Bank Accounts | |
|       Chase Checking 9730 | 30,058.29 |
|       Petty Cash | 260.00 |
|       Petty Cash FM | 700.00 |
|     **Total Bank Accounts** | **$31,018.29** |
|     Other Current Assets | |
|       Brewing Supplies Inventory | 14,404.34 |
|       Inventory Asset | 81,364.54 |
|     **Total Other Current Assets** | **$95,768.88** |
|   **Total Current Assets** | **$126,787.17** |
|   Fixed Assets | |
|     Accumulated Depreciation | -469,835.00 |
|     Brewhouse & Tanks | 524,363.68 |
|     Canning Line | 30,856.00 |
|     Design District (DFM) LI | 11,442.49 |
|     Furniture and Fixtures | 17,056.50 |
|     Kegs | 64,651.79 |
|     Leasehold Improvements | 89,398.94 |
|     Machinery & Equipment | 134,878.42 |
|     Packaging Equipment | 15,860.00 |
|     Repairs and Maintenance-Capitalized | 2,085.95 |
|   **Total Fixed Assets** | **$420,758.77** |
|   Other Assets | |
|     Accumulated Amortization | -2,186.00 |
|     Brand Development | 40,550.63 |
|     Brewer's Bond | 1,300.00 |
|     Security Deposits | 2,073.60 |
|   **Total Other Assets** | **$41,738.23** |
| **TOTAL ASSETS** | **$589,284.17** |
| **LIABILITIES AND EQUITY** | |
|   Liabilities | |
|     Current Liabilities | |
|       Credit Cards | |
|         Capital One | 19,520.73 |
|         Chase Credit Cards | 15,334.78 |
|       **Total Credit Cards** | **$34,855.51** |
|       Other Current Liabilities | |
|         Line of Credit 3002 | 167,261.94 |
|         Platinum Rapid LOC | 95,428.67 |
|         Short term loan - Chris Rigoulot | 21,450.00 |
|         Short term loan - Ken Rigoulot | 409,803.17 |

|  | TOTAL |
|---|---:|
| **Total Other Current Liabilities** | $693,943.78 |
| **Total Current Liabilities** | $728,799.29 |
| Long-Term Liabilities | |
| Chase Loan 3001 | 523,190.90 |
| N/P Ascentium (former Pinnacle) 3,078.82 | 104,279.47 |
| N/P Celtic Bank | 23,076.80 |
| Pinnacle Equipment Loan 1 | 43,993.51 |
| Pinnacle Equipment Loan 2 | 38,410.79 |
| SUSPENSE | -122.00 |
| **Total Long-Term Liabilities** | $732,829.47 |
| **Total Liabilities** | $1,461,628.76 |
| Equity | |
| Partner 01 - Chris Rigoulot | -562,953.16 |
| Partner 02 - Ken Rigoulot | 260,161.07 |
| Partner 03 - Cigar Concessions, LLC | -12,180.29 |
| Partner 04 - Ryan Etheridge | -8,689.29 |
| Partner 05 - Anne Lapkin | 2,821.71 |
| Partner 06 - Larry Jamison | -1,522.66 |
| Partner 07 - Justin Krey | -22,596.21 |
| Partner 08 - Chelton Ammons | 18,468.47 |
| Partner 09 - Steve Martin | 12,459.07 |
| Partner 10 - Kevin and Rebecca Dunn | 51,968.42 |
| Partner 11 - Timothy & Teresa Payne | 11,346.27 |
| Partner 12 - Milo & Tammy Mahan | 11,245.70 |
| Partner 13 - Brandon Rybak | 23,094.84 |
| Partner 14 - Barry Forrest & Silvia Eyster | 11,879.31 |
| Partner 15 - Daniel & Michelle Hudson | 5,959.77 |
| Partner 16 - Thomas Hudson | 5,959.77 |
| Partner 17 - Roger Eades | 30,000.00 |
| Partner 18 - The William Wegner Living Trust Partner Contributions | 15,000.00 |
| Partner 19 - Benjamin I. Webster (Kerkuil Capital LLC) | 15,000.00 |
| Partner 20 - Laine Strategy Group | 7,500.00 |
| Partner 21 - John D Wilkinson III | 15,000.00 |
| Partner 22 - John F Deleeuw | 7,500.00 |
| Partner 23 - Nancylee H Hadley | 3,000.00 |
| Partner 24 - Marisela R Lewis & Ronald D Denny | 7,500.00 |
| Partner 25 - David & Paula Shepherd | 15,000.00 |
| Partner 26 - Michael Shane, Maegan Rock | 15,000.00 |
| Partner 27 - Viet Doan | 15,000.00 |
| Retained Earnings | -681,899.64 |
| Net Income | -143,367.74 |
| **Total Equity** | $ -872,344.59 |
| **TOTAL LIABILITIES AND EQUITY** | $589,284.17 |