# Noble Rey Brewing Company, LLC

INCOME AND EXPENSES

January - November, 2018

|  | TOTAL |
|---|---|
| **Income** | |
|   Retail Brewery Taproom Sales | 177,443.91 |
|   Retail Farmers Market Sales | 179,305.52 |
|   Services / Events | 37,429.27 |
|   Unapplied Cash Payment Income | 10,931.26 |
|   Uncategorized Income | 4,678.32 |
|   Wholesale Beer Sales | 658,598.66 |
| **Total Income** | **$1,068,386.94** |
| **Cost of Goods Sold** | |
|   Cost of Goods Sold | 291,918.33 |
|   Supplies & Materials - COGS | 8,407.38 |
| **Total Cost of Goods Sold** | **$300,325.71** |
| **GROSS PROFIT** | **$768,061.23** |
| **Expenses** | |
|   Advertising/Promotional | 20,424.18 |
|   Auto | 2,204.55 |
|   Bank Charges | 1,752.41 |
|   Catering | 850.00 |
|   Charitable Contributions | 50.00 |
|   Cleaning Services | 1,253.43 |
|   Commission | 549.36 |
|   Consulting | 2,665.50 |
|   Credit Card Processing Fees | 70.30 |
|   Donation | 1,221.50 |
|   Dues & Subscriptions | 3,661.29 |
|   Equipment Rental | 18,368.33 |
|   Festivals | 708.38 |
|   Insurance | 42,063.76 |
|   Legal & Professional Fees | 9,974.54 |
|   Live Music | 10,393.58 |
|   Loan Originating Fees | 8,033.33 |
|   Meals and Entertainment | 6,410.99 |
|   Merchant Fees Expense | 1,604.21 |
|   Miscellaneous Expense | 1,103.15 |
|   Office Expense | 4,028.10 |
|   Office Supplies | 2,463.51 |
|   Office/General Administrative Expenses | 9,121.23 |
|   Payroll Expenses | 481,729.70 |
|   Payroll Processing Fees | 13,241.03 |
|   Permits | 1,557.26 |
|   Pest Control | 1,342.27 |
|   Postage Expense | 198.42 |
|   Property Tax Expense | 4,766.40 |
|   QuickBooks Payments Fees | 30.85 |

|  | TOTAL |
|---|---:|
| Rent | 96,504.85 |
| Repairs and Maintenance | 9,767.88 |
| Software Expense | 1,839.54 |
| Supplies & Materials | 17,705.97 |
| Taxes Paid | 31,366.94 |
| Travel Expense | 7,592.04 |
| Uniforms Expense | 1,139.64 |
| Utilities | 27,947.09 |
| Website Expense | 1,635.42 |
| **Total Expenses** | **$847,340.93** |
| NET OPERATING INCOME | $ -79,279.70 |
| Other Income | |
|   Cash Rebate | 708.25 |
|   Other Miscellaneous Income | 191.45 |
| **Total Other Income** | **$899.70** |
| Other Expenses | |
|   Gain (Loss) on Disposition of FA | -76,546.22 |
|   Interest Expense | 141,533.96 |
| **Total Other Expenses** | **$64,987.74** |
| NET OTHER INCOME | $ -64,088.04 |
| NET INCOME | $ -143,367.74 |