**Fill in this information to identify the case:**

Debtor name  **Noble Rey Brewing, Co., LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF TEXAS

Case number (if known)  **18-34214-bjh11**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, and any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 2, 2019**  X **/s/ Chris Rigoulot**
                                    Signature of individual signing on behalf of debtor

                                    **Chris Rigoulot**
                                    Printed name

                                    **Managing Member**
                                    Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Noble Rey Brewing, Co., LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known): | **18-34214-bjh11** |

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **2Pinnacle Capital Partner PO Box 2049 Gig Harbor, WA 98335** | | | | $52,394.48 | $0.00 | $52,394.48 |
| **Ascentium Capital 23970 Highway 59 North Kingwood, TX 77339** | | | | $111,257.32 | $0.00 | $111,257.32 |
| **Beer Dudes** | | | | | | $4,282.25 |
| **Can Source 2120 Miller Drive, Suite G. Longmont, CO 80501** | | | | | | $28,251.49 |
| **Capital One - Spark 1680 Capitol One Drive Mc Lean, VA 22102-3491** | | | | | | $19,833.84 |
| **Chris & Kindra Rigoulot 3663 Weebrurn Drive Dallas, TX 75229** | | | | | | $37,500.00 |
| **Domino** | | | | | | $4,967.54 |
| **Domino Amjet, Inc. 3809 Collection Center Dr. Chicago, IL 60693** | | | | | | $4,967.54 |
| **Gamer Packaging 330 2nd Avenue South, #895 Minneapolis, MN 55401** | | | | | | $11,075.99 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Noble Rey Brewing, Co., LLC** | | Case number *(if known)* | **18-34214-bjh11** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Hopstiener 655 Madison Avenue New York, NY 10065-8045** | | | | | | **$7,296.45** |
| **Johnson Bros 10731 Interstate Highway 35 North San Antonio, TX** | | | | | | **$30,919.09** |
| **JP Morgan Chase 270 PArk Avenue New York, NY 10017** | | **inventory and equipment** | | **$702,535.75** | **$300,000.00** | **$402,535.75** |
| **JP Morgan Chase- Chase Ink 270 Park Avenue New York, NY 10017** | | | | | | **$15,334.78** |
| **Keg Logistics 9360 Station Street #325 Lone Tree, CO 80124** | | | | | | **$20,988.97** |
| **Ken & Leslie Rigoulot 1201 Mockingbird Grapevine, TX 76051** | | | | | | **$200,000.00** |
| **Lynn Pinker Cox & Hurst 2100 Ross Ave., Ste. 2700 Dallas, TX 75201** | | | | | | **$15,311.82** |
| **McCarthy, Rose Mills 3001 Dallas Parkway 750 Frisco, TX 75034** | | | | | | **$16,235.00** |
| **Pawnee Leasing Corporation 3801 Automation Way, Suite 207 Fort Collins, CO 80525** | | | | **$50,001.70** | **$0.00** | **$50,001.70** |
| **Platinum 348 RXR Plaza Uniondale, NY 11556** | | **A/R** | | **$137,808.00** | **$0.00** | **$137,808.00** |
| **Willamitte Valley PO Box 276 Saint Paul, OR 97137** | | | | | | **$5,222.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Noble Rey Brewing, Co., LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **18-34214-bjh11**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

     1a. **Real property:**
        Copy line 88 from *Schedule A/B*...........................................................................................    $ _____0.00_____

     1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.......................................................................................    $ _____444,404.00_____

     1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.........................................................................................    $ _____444,404.00_____

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................................    $ ____1,053,997.25____

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $ _____0.00_____

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................    +$ _____441,440.36_____

4.    **Total liabilities** ..................................................................................................................
    Lines 2 + 3a + 3b    $ ____1,495,437.61____

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Noble Rey Brewing, Co., LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   **18-34214-bjh11**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   **Chase acocunt** | | | $0.00 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.** | | | | $0.00 |

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

   ■ No.  Go to Part 4.
   ☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Noble Rey Brewing, Co., LLC** | | Case number *(If known)* **18-34214-bjh11** |
|---|---|---|---|
| | Name | | |

---

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** <br> **Inventory** | | **$0.00** | | **$14,404.00** |

23. **Total of Part 5.**

    Add lines 19 through 22. Copy the total to line 84.

| **$14,404.00** |
|---|

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** <br> **furniture and office equipment** | **$0.00** | | **$5,000.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |

| Debtor | **Noble Rey Brewing, Co., LLC** | Case number *(if known)* **18-34214-bjh11** |
|---|---|---|
| | Name | |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

| | |
|---|---|
| Add lines 39 through 42. Copy the total to line 86. | **$5,000.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm**<br>**machinery and equipment)**<br>**the Debtor owns brewhouse equipment and**<br>**tanks, Glycol Chiller, Sam's canning Line, 3**<br>**BBL Brewhouses, cold room equipment and**<br>**60 tanks** | **$0.00** | | **$425,000.00** |

51. **Total of Part 8.**

| | |
|---|---|
| Add lines 47 through 50. Copy the total to line 87. | **$425,000.00** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Noble Rey Brewing, Co., LLC** | Case number *(If known)* | **18-34214-bjh11** |
|---|---|---|---|
| | Name | | |

---

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

---

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Noble Rey Brewing, Co., LLC** | Case number *(If known)* **18-34214-bjh11** |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $14,404.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $425,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $444,404.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $444,404.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Noble Rey Brewing, Co., LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) **18-34214-bjh11**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **2Pinnacle Capital Partner**<br><span>Creditor's Name</span> | Describe debtor's property that is subject to a lien | **$52,394.48** | **$0.00** |
| **PO Box 2049**<br>**Gig Harbor, WA 98335**<br><span>Creditor's mailing address</span> | Describe the lien | | |
| | **Is the creditor an insider or related party?** | | |
| <span>Creditor's email address, if known</span> | ■ No<br>☐ Yes<br>**Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| ■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** **Ascentium Capital**<br><span>Creditor's Name</span> | Describe debtor's property that is subject to a lien | **$111,257.32** | **$0.00** |
| **23970 Highway 59 North**<br>**Kingwood, TX 77339**<br><span>Creditor's mailing address</span> | Describe the lien | | |
| | **Is the creditor an insider or related party?** | | |
| <span>Creditor's email address, if known</span> | ■ No<br>☐ Yes<br>**Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Noble Rey Brewing, Co., LLC**
_____
Name                                                      Case number (if know)   **18-34214-bjh11**
_____

☐ No
☐ Yes. Specify each creditor,
including this creditor and its
relative priority.
_____

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **JP Morgan Chase** | Describe debtor's property that is subject to a lien | $702,535.75 | $300,000.00 |
|-----|---------------------|-----------------------------------------------------|-------------|-------------|

Creditor's Name

**270 PArk Avenue**
**New York, NY 10017**
Creditor's mailing address

**inventory and equipment**

Describe the lien
_____

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Pawnee Leasing Corporation** | Describe debtor's property that is subject to a lien | $50,001.70 | $0.00 |
|-----|--------------------------------|-----------------------------------------------------|------------|-------|

Creditor's Name

**3801 Automation Way, Suite 207**
**Fort Collins, CO 80525**
Creditor's mailing address

Describe the lien
_____

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Platinum** | Describe debtor's property that is subject to a lien | $137,808.00 | $0.00 |
|-----|--------------|-----------------------------------------------------|-------------|-------|

Creditor's Name

**348 RXR Plaza**
**Uniondale, NY 11556**
Creditor's mailing address

**A/R**

Describe the lien
_____

Is the creditor an insider or related party?

■ No

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Noble Rey Brewing, Co., LLC** | | Case number (if know) | **18-34214-bjh11** |
|---|---|---|---|---|
| | Name | | | |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$1,053,997.25**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name    **Noble Rey Brewing, Co., LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   **18-34214-bjh11**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**Beer Dudes**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,282.25** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Can Source**<br>**2120 Miller Drive, Suite G.**<br>**Longmont, CO 80501**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$28,251.49** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Capital One - Spark**<br>**1680 Capitol One Drive**<br>**Mc Lean, VA 22102-3491**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$19,833.84** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Chris & Kindra Rigoulot**<br>**3663 Weeburn Drive**<br>**Dallas, TX 75229**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$37,500.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     36005     Best Case Bankruptcy

| Debtor | **Noble Rey Brewing, Co., LLC** | Case number (if known) | **18-34214-bjh11** |
|---|---|---|---|
| | Name | | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,525.20 |
|---|---|---|---|
| 3.5 | **Crosby Hops** | ☐ Contingent | |
| | **8648 Crosby Road NE** | ☐ Unliquidated | |
| | **Woodburn, OR 97071** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,967.54 |
|---|---|---|---|
| 3.6 | **Domino** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,967.54 |
|---|---|---|---|
| 3.7 | **Domino Amjet, Inc.** | ☐ Contingent | |
| | **3809 Collection Center Dr.** | ☐ Unliquidated | |
| | **Chicago, IL 60693** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,603.00 |
|---|---|---|---|
| 3.8 | **Drumm Law** | ☐ Contingent | |
| | **14656 W. 56th Drive** | ☐ Unliquidated | |
| | **Arvada, CO 80002** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,075.99 |
|---|---|---|---|
| 3.9 | **Gamer Packaging** | ☐ Contingent | |
| | **330 2nd Avenue South, #895** | ☐ Unliquidated | |
| | **Minneapolis, MN 55401** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,232.10 |
|---|---|---|---|
| 3.10 | **Grandstand** | ☐ Contingent | |
| | **P.O. Box 3497** | ☐ Unliquidated | |
| | **Wichita, KS 67201** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,296.45 |
|---|---|---|---|
| 3.11 | **Hopstiener** | ☐ Contingent | |
| | **655 Madison Avenue** | ☐ Unliquidated | |
| | **New York, NY 10065-8045** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Noble Rey Brewing, Co., LLC** | Case number (if known) | **18-34214-bjh11** |
|---|---|---|---|
| | Name | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,919.09 |
|---|---|---|---|
| | **Johnson Bros**<br>**10731 Interstate Highway 35 North**<br>**San Antonio, TX** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,334.78 |
|---|---|---|---|
| | **JP Morgan Chase- Chase Ink**<br>**270 Park Avenue**<br>**New York, NY 10017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,988.97 |
|---|---|---|---|
| | **Keg Logistics**<br>**9360 Station Street #325**<br>**Lone Tree, CO 80124** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200,000.00 |
|---|---|---|---|
| | **Ken & Leslie Rigoulot**<br>**1201 Mockingbird**<br>**Grapevine, TX 76051** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,311.82 |
|---|---|---|---|
| | **Lynn Pinker Cox & Hurst**<br>**2100 Ross Ave., Ste. 2700**<br>**Dallas, TX 75201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,332.36 |
|---|---|---|---|
| | **Masterplan**<br>**900 Jackson Street, Suite 640**<br>**Dallas, TX 75202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,666.51 |
|---|---|---|---|
| | **May Group**<br>**5012 1200 Forum Way South**<br>**Fort Worth, TX 76140** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Noble Rey Brewing, Co., LLC** | Case number (if known) | **18-34214-bjh11** |
|---|---|---|---|
| | Name | | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,235.00** |
|---|---|---|---|
| | **McCarthy, Rose Mills**<br>**3001 Dallas Parkway 750**<br>**Frisco, TX 75034** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,377.13** |
|---|---|---|---|
| | **Omega Yeast**<br>**4739 W. Montrose Ave**<br>**Chicago, IL 60641** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,095.00** |
|---|---|---|---|
| | **Overhead Door Company Dallas**<br>**2617 Anjon**<br>**Dallas, TX 75220** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,422.30** |
|---|---|---|---|
| | **Paktech**<br>**1680 Irving Rd.**<br>**Eugene, OR 97402** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,222.00** |
|---|---|---|---|
| | **Willamitte Valley**<br>**PO Box 276**<br>**Saint Paul, OR 97137** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **441,440.36** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **441,440.36** |

**Fill in this information to identify the case:**

Debtor name **Noble Rey Brewing, Co., LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) **18-34214-bjh11**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest **Landlord**<br><br>State the term remaining<br><br>List the contract number of any government contract | **1302-1350 Motor Circle LP**<br>**P.O. Box 50076**<br>**Midland, TX 79710** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest **Landlord**<br><br>State the term remaining<br><br>List the contract number of any government contract | **DFM**<br>**c/o Spectrum Properties**<br>**1414 Elm Street**<br>**Dallas, TX 75202** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Noble Rey Brewing, Co., LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   **18-34214-bjh11**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors       12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

**Column 1: Codebtor**

**Column 2: Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | | | | | ☐ D |
| | | Street | | | ☐ E/F |
| | | | | | ☐ G |
| | | City    State    Zip Code | | | |
| 2.2 | | | | | ☐ D |
| | | Street | | | ☐ E/F |
| | | | | | ☐ G |
| | | City    State    Zip Code | | | |
| 2.3 | | | | | ☐ D |
| | | Street | | | ☐ E/F |
| | | | | | ☐ G |
| | | City    State    Zip Code | | | |
| 2.4 | | | | | ☐ D |
| | | Street | | | ☐ E/F |
| | | | | | ☐ G |
| | | City    State    Zip Code | | | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Texas

In re **Noble Rey Brewing, Co., LLC**     Case No.   **18-34214-bjh11**
Debtor(s)     Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 6,717.00 |
| Prior to the filing of this statement I have received | $ | 6,717.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

3.   The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**January 2, 2019**        **/s/ Eric A. Liepins**
*Date*        **Eric A. Liepins**
       *Signature of Attorney*
       **Eric A. Liepins**
       **12270 Coit Road**
       **Suite 100**
       **Dallas, TX 75251**
       **972-991-5591 Fax: 972-991-5788**
       **eric@ealpc.com**
       *Name of law firm*

---

# United States Bankruptcy Court
## Northern District of Texas

In re   **Noble Rey Brewing, Co., LLC**
Debtor(s)

Case No.   **18-34214-bjh11**
Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Ann Lapkin** | **B** | **1.74%** | |
| **Barry Forrest** | **B** | **0.58%** | |
| **Ben Webster** | **B** | **0.58%** | |
| **Brandon Ryback** | **B** | **1.16%** | |
| **Chelton Ammons** | **B** | **1.16%** | |
| **Christ Rigoulot**<br>**3663 Weeburn Dr.**<br>**Dallas, TX 75229** | **A** | **57.97%** | |
| **Dale Laine** | **B** | **0.29%** | |
| **David Sheppherd, DVM** | **B** | **0.58%** | |
| **Dianne Grace** | **B** | **1.16%** | |
| **John and Kim DeLeeuw** | **B** | **0.29%** | |
| **John Wilkinson** | **B** | **0.58%** | |
| **Ken and Leslie Rigoulot**<br>**1201 Mockingbird Dr.**<br>**Grapevine, TX 76051** | **B** | **24.64%** | |
| **Kevin Dunn** | **B** | **2.32%** | |
| **Larry Jamison** | **B** | **0.14%** | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re:    **Noble Rey Brewing, Co., LLC**                                                    Case No.  **18-34214-bjh11**
                                                                     Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Michael Shane and Maegan Rock-Shane** | **B** | **0.58%** | |
| **Milo Mahan** | **B** | **0.58%** | |
| **Nancylee Hadley** | **B** | **0.14%** | |
| **Roger Eades** | **B** | **1.16%** | |
| **Ron Denny, Marisala Lewis** | **B** | **0.29%** | |
| **Ryan and Amanda Etheridge** | **B** | **1.16%** | |
| **Steven Martin** | **B** | **0.58%** | |
| **Tim Payne** | **B** | **0.58%** | |
| **Tom, Dan and Michelle Hudson** | **B** | **0.58%** | |
| **Viet Doan** | **B** | **0.58%** | |
| **William Wegner** | **B** | **0.58%** | |

List of equity security holders consists of 3 total page(s)

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re: **Noble Rey Brewing, Co., LLC**
Debtor(s)

Case No. **18-34214-bjh11**

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **January  2, 2019**

Signature **/s/ Chris Rigoulot**
**Chris Rigoulot**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

BTXN 094 (rev. 5/04)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re: §
§
**Noble Rey Brewing, Co., LLC** §    Case No.:  **18-34214-bjh11**
§
§
Debtor(s) §
§

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

■    is the first mail matrix in this case.

☐    adds entities not listed on previously filed mailing list(s).

☐    changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐    deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date:    **January  2, 2019**                          **/s/ Chris Rigoulot**
                                                        **Chris Rigoulot/Managing Member**
                                                        Signer/Title

Date:    **January  2, 2019**                          **/s/ Eric A. Liepins**
                                                        Signature of Attorney
                                                        **Eric A. Liepins**
                                                        **Eric A. Liepins**
                                                        **12270 Coit Road**
                                                        **Suite 100**
                                                        **Dallas, TX 75251**
                                                        **972-991-5591   Fax: 972-991-5788**

                                                         **45-5081765**
                                                        Debtor's Social Security/Tax ID No.


                                                        Joint Debtor's Social Security/Tax ID No.