**ERIC A. LIEPINS**
**ERIC A. LIEPINS, P.C.**
12770 Coit Road
Suite 1100
Dallas, Texas 75251
(972) 991-5591
(972) 991-5788 - telecopier

PROPOSED ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| NOBLE REY BREWING CO., LLC, | § | CASE NO. 18-34214-BJH |
| | § | |
| | § | |
| DEBTOR | § | Chapter 11) |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Commencement of Case and the Proof of Claim form was sent to all creditors of the estate on the 21st day of December, 2018.

Respectfully submitted,

ERIC A. LIEPINS
ERIC A. LIEPINS, P.C.
12770 Coit Road, Suite 1100
Dallas, Texas  75251
(972) 991-5591
(972) 991-5788 - fax

BY: /s/ Eric Liepins
ERIC A. LIEPINS, SBN 12338110

| | | |
|---|---|---|
| **Noble Rey Brewing Co., LLC**<br>2636 Farrington<br>Dallas, Tx 75207 | **U.S. Trustee**<br>1100 Commerce Street<br>Room 976 | Dallas, TX 75242-1011<br>**Internal Revenue Services**<br>1100 Commerce Street<br>MC 5024DAL |
| Dallas, TX 75242-1081<br>**Internal Revenue Service**<br>PO BOX 7346<br>Philadelphia, PA 19101 | 1302-1350 Motor Circle LP<br>P.O. Box 50076<br>Midland, TX 79710 | 2Pinnacle Capital Partner<br>PO Box 2049<br>Gig Harbor, WA 98335 |
| Ascentium Capital<br>23970 Highway 59 North<br>Kingwood, TX 77339 | Can Source<br>2120 Miller Drive, Suite G.<br>Longmont, CO 80501 | Capital One - Spark<br>1680 Capitol One Drive<br>Mc Lean, VA 22102-3491 |
| Chris & Kindra Rigoulot<br>3663 Weebrurn Drive<br>Dallas, TX 75229 | Christ Rigoulot<br>3663 Weeburn Dr.<br>Dallas, TX 75229 | Crosby Hops<br>8648 Crosby Road NE<br>Woodburn, OR 97071 |
| DFM<br>c/o Spectrum Properties<br>1414 Elm Street<br>Dallas, TX 75202 | Domino Amjet, Inc.<br>3809 Collection Center Dr.<br>Chicago, IL 60693 | Drumm Law<br>14656 W. 56th Drive<br>Arvada, CO 80002 |
| Gamer Packaging<br>330 2nd Avenue South, #895<br>Minneapolis, MN 55401 | Grandstand<br>P.O. Box 3497<br>Wichita, KS 67201 | Hopstiener<br>655 Madison Avenue<br>New York, NY 10065-8045 |
| Johnson Bros<br>10731 Interstate Highway 35 North<br>San Antonio, TX | JP Morgan Chase<br>270 PArk Avenue<br>New York, NY 10017 | JP Morgan Chase- Chase Ink<br>270 Park Avenue<br>New York, NY 10017 |
| Keg Logistics<br>9360 Station Street #325<br>Lone Tree, CO 80124 | Ken & Leslie Rigoulot<br>1201 Mockingbird<br>Grapevine, TX 76051 | Ken and Leslie Rigoulot<br>1201 Mockingbird Dr.<br>Grapevine, TX 76051 |
| Lynn Pinker Cox & Hurst<br>2100 Ross Ave., Ste. 2700<br>Dallas, TX 75201 | Masterplan<br>900 Jackson Street, Suite 640<br>Dallas, TX 75202 | May Group<br>5012 1200 Forum Way South<br>Fort Worth, TX 76140 |
| McCarthy, Rose Mills<br>3001 Dallas Parkway 750<br>Frisco, TX 75034 | Omega Yeast<br>4739 W. Montrose Ave<br>Chicago, IL 60641 | Overhead Door Company Dallas<br>2617 Anjon<br>Dallas, TX 75220 |

Paktech
1680 Irving Rd.
Eugene, OR 97402

Pawnee Leasing Corporation
3801 Automation Way, Suite 207
Fort Collins, CO 80525

Platinum
348 RXR Plaza
Uniondale, NY 11556

Willamitte Valley
PO Box 276
Saint Paul, OR 97137