

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

_____

Signed February 25, 2019                  **United States Bankruptcy Judge**

_____

BTXN057 (rev. 04/13)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:                       §
Noble Rey Brewing Co., LLC      §    Case No.: 18–34214–bjh11
                                  §    Chapter No.: 11
              Debtor(s)          §

## ORDER DENYING MOTION FOR WANT OF PROSECUTION

The Court, after review of the file and docket in the above entitled and numbered case, finds that on 12/21/2018, Noble Rey Brewing Co. filed a Application to employ Eric Liepins as Attorney ("Motion"), document number 6.

Subsequently,

☑ a Certificate of No Objection has not been filed with respect to the Motion as required by N.D. TX L.B.R. 9007.1(e).

☑ no hearing has been requested.

☑ Proposed Order has not been submitted.

☐ the Court held a hearing on Hearing Date, at which time counsel announced that an order disposing of the Motion would be submitted

☐ the matter was removed from the Court's docket on representation of counsel that an order disposing of the Motion would be submitted

☐ the Court held a hearing on Hearing Date. After considering any evidence presented and the arguments of counsel, the court finds that the Motion is denied.

☐ Other :

The Court further finds that insufficient action has been taken to obtain the relief sought. It is, therefore **ORDERED** that the Motion is **DENIED** without prejudice to refiling.

# # # End of Order # # #