John E. Mitchell
Scott D. Lawrence
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone: (214) 720-4300
john.mitchell@akerman.com
scott.lawrence@akerman.com

*Counsel for Lonestar Liquid Assets LLC*

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| NOBLE REY BREWING CO., LLC | § | |
| | § | Case No. 18-34214 |
| Debtor. | § | |

**NOTICE OF APPEARANCE,
REQUEST FOR SERVICE OF NOTICES AND PAPERS,
AND TO BE ADDED TO MASTER SERVICE LIST**

**PLEASE TAKE NOTICE** that Scott D. Lawrence of Akerman LLP hereby appears in the above-captioned case, as counsel for party in interest Lonestar Liquid Assets LLC ("Lonestar"), pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure and hereby requests that copies of all notices and pleadings given or filed in the above-captioned case and any other case(s) consolidated herewith be given and served upon the party listed below at the following address and that such party be added to the Master Service List:

AKERMAN LLP
Scott D. Lawrence
2001 Ross Avenue, Suite 3600
Dallas, TX  75201
Tel.: (214) 720-4300
scott.lawrence@akerman.com

48151695;1

PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notices and papers, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, telegraph, telex or otherwise filed or made with regard to the referenced cases and proceedings herein. Please add the attorney of record to such mailing matrix as may be used for all purposes in this case.

PLEASE TAKE FURTHER NOTICE, that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive Lonestar's: (i) right to have final orders in noncore matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Lonestar is or may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

DATED: March 4, 2019

Respectfully submitted,

AKERMAN LLP

By: */s/ Scott D. Lawrence*
John E. Mitchell, Tex. Bar No. 00797095
Scott D. Lawrence, Tex. Bar No. 24087896
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
Tel.: (214) 720-4300
Fax: (214) 981-9339
john.mitchell@akerman.com
scott.lawrence@akerman.com

*Attorneys for Lonestar Liquid Assets, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2019, a true and correct copy of the foregoing was served by the Court's Electronic Case Filing System to all parties registered or otherwise entitled to receive electronic notices.

*/s/ Scott D. Lawrence*
Scott D. Lawrence

48151695;1