John D. Cornwell
Thomas D. Berghman
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard St., Ste. 3800
Dallas, Texas 75201
Tel: (214) 855-7500
jcornwell@munsch.com
tberghman@munsch.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 18-34214 |
| NOBLE REY BREWING, CO., LLC, | § | |
| | § | Chapter 11 |
| Debtor. | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
## OF ALL NOTICES, PLEADINGS, ORDERS, AND OTHER PAPERS

PLEASE TAKE NOTICE that Munsch Hardt Kopf & Harr, P.C., by and through the undersigned, hereby makes an appearance on behalf of 1320 Properties LLC ("Landlord"), a creditor and party-in-interest in the above-captioned proceeding (the "Bankruptcy Case"), and files this *Notice of Appearance and Request for Service of All Notices, Pleadings, Orders and Other Papers* (the "Notice of Appearance") to request, pursuant to Fed. R. Bankr. P. 2002, 3017, 9007, and 9010 and 11 U.S.C. §§ 342 and 1109(b), that all notices given or required to be given in the Bankruptcy Case, and that all pleadings, orders and other papers served or required to be served in the Bankruptcy Case, be given and served upon:

John D. Cornwell
MUNSCH HARDT KOPF & HARR, P.C.
700 Milam Street, Suite 2700
Houston, Texas 77002
Telephone:    (713) 222-1470
Facsimile:    (713) 222-1475
jcornwell@munsch.com

-and-

4832-2167-0538_2 018281.00001

Thomas D. Berghman
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard St., Ste. 3800
Dallas, Texas 75201
Telephone:     (214) 855-7554
Facsimile:     (214) 978-4346
tberghman@munsch.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, motions, applications, complaints, demands, notices of motions, notices of applications, notices of hearing, petitions, objections, answers, responses, replies, claims, schedules, statements, operating reports, plans, disclosure statements, and all other pleadings, requests or notices, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, other commercial carrier, hand delivery, facsimile, telegraph, telex, e-mail, telephone or otherwise.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance shall neither constitute nor be deemed or construed as Landlord's (a) waiver of the right to have final orders in non-core matters entered only after de novo review by the United States District Court; (b) waiver of the right to trial by jury in any proceeding to which such right exists in the Bankruptcy Case or in any case, controversy, or proceeding related to the Bankruptcy Case; (c) waiver of the right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (d) waiver of the right to contest jurisdiction or appropriate venue in the Bankruptcy Case or in any related proceeding; or (e) waiver of any other rights, claims, actions, defenses, setoffs or recoupments which Landlord has or may hereafter obtain, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Landlord hereby expressly reserves.

4832-2167-0538_2 018281.00001

Dated: March 13, 2019.

Respectfully submitted,

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Thomas Berghman*
John D. Cornwell
Texas Bar No. 24050450
Thomas D. Berghman
Texas Bar No. 24085683
500 N. Akard St., Ste. 3800
Dallas, Texas 75201
Tel: (214) 855-7500
Fax: (214) 978-4346
jcornwell@munsch.com
tberghman@munsch.com

*Counsel for 1320 Properties LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of March, 2019, a true and correct copy of the foregoing pleading was served electronically through the Court's ECF transmission facilities on all parties registered to receive ECF notice in the above-captioned case.

*/s/ Thomas Berghman*
Thomas D. Berghman