Eric A. Liepins
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 1100
Dallas, Texas 75251
(972) 991-5591
(972) 991-5788 - telecopier

ATTORNEYS FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| NOBLE REY BREWING CO, LLC | § | CASE 18-34214-11 |
| | § | |
| DEBTOR | § | |

**SUPPLEMENT TO AMENDED PLAN OF REORGANIZATION OF NOBLE REY BREWING CO., LLC DATED MARCH 18, 2019**

Pursuant to the terms of the Debtor's Disclosure Statement the Debtor is to identify all leases and executory contracts to be assumed as part of the Plan. The Debtor originally was seeking to assume and assign the Debtor's leases at 2636 Farmington in Dallas, Texas and it lease at the Farmers Market. Currently, Lonestar Liquid Assets LLC along with Craft Food & Beverage LLC (collectively "LoneStar") is the high bidder for Debtor's assets. In the event, Lonestar is the winning bidder Lonestar has informed the Debtor it does not desire to assume these two leases.

The only other agreement to be assumed is the debtor European License Agreement. The are no cure amounts due under this agreement.

Respectfully submitted,


ERIC A. LIEPINS, P.C.
12770 Coit Road, Suite 1100
Dallas, Texas  75251
(972) 991-5591
(972) 991-5788 - fax


BY: /s/ Eric Liepins
    ERIC A. LIEPINS, SBN 12338110

mic\plan

## CERTIFICATE OF SERVICE

 I hereby certify that a true and correct copy of the foregoing document was sent to all creditors and the United States Trustee, 1100 Commerce Street, Room 976, Dallas, Texas 75242 via mail on this the 25th day of March 2019.

        __/s/ Eric Liepins_____
        Eric A. Liepins

mic\plan