Eric A. Liepins
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 1100
Dallas, Texas 75251
Ph. (972) 991-5591
Fax (972) 991-5788

PROPOSED ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| NOBLE REY BREWING CO, LLC | § | CASE 18-34214-11 |
| | § | |
| DEBTOR | § | |

NOTICE OF INTENT TO CONDUCT AUCTION

      PLEASE BE ADVISED that pursuant to the terms of the Debtor's Disclosure Statement, the Debtor has received notification of interest from additional parties to trigger the auction provisions in the Debtor's Plan. The Debtor intends to conduct the auction at the offices of counsel for the Debtor on April 3, 2019 beginning at 5:00 p.m. Any interested party may appear in person or by telephone at the auction.

      Respectfully submitted,

      __/s/ Eric Liepins_____
      ERIC A. LIEPINS
      ERIC A. LIEPINS, P.C.
      12770 Coit Road
      Suite 1100
      Dallas, Texas 75251
      (972) 991-5591
      (972) 991-5788 - telecopier

PROPOSED ATTORNEYS FOR DEBTOR

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing Notice was sent to all creditors of the estate on this the 28th day of March 2019.

                  __/s/ Eric Liepins _____
                  Eric Liepins