**ERIC A. LIEPINS**
**ERIC A. LIEPINS, P.C.**
12770 Coit Road, Suite 1100
Dallas, Texas 75251
(972) 991-5591
(972) 991-5788 - Telefax

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| NOBLE REY BREWING CO, LLC | § | CASE 18-34214-11 |
| | § | |
| DEBTOR | § | |

## BALLOT SUMMARY FOR NOBLE REY BREWING CO, LLC

I hereby certify the following ballots on Debtor's Plan of Reorganization were received by me as counsel for the Debtor.

| Class | Total Accepted Votes | Total Rejected votes | Total Accepted Amount | Total Rejected Amount | Percent of Votes Accepted | Percent of Votes Rejected | Percent of $ Accepted Amounts | Percent of $ Rejected Amounts |
|---|---|---|---|---|---|---|---|---|
| 3 | 1 | 0 | 300,000 | $0 | 100% | 0% | 100% | 0% |
| 4 | 0 | 1* | 0 | $58,000 | 0% | 100% | 0% | 100% |
| 5 | 3 | 1 | 419,362.19 | $55,916.34 | 75% | 25% | 88% | 12% |

*Ballot was cast as secured although Plan treated creditor as unsecured.

No other ballots for those claims allowed to vote for or against the Plan were received. Copies of the Ballots received or correspondence reflecting votes on the Plan are attached hereto as Exhibit A.

Respectfully submitted,

/s/ Eric A. Liepins

Eric A. Liepins, SBN 12338110
Eric A. Liepins, P.C.
12770 Coit Road
Suite 1100
Dallas, Texas 75251
(972) 991-5591
(972) 991-5788 - telecopier

Eric A. Liepins
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 1100
Dallas, Texas 75251
Ph. (972) 991-5591
Fax (972) 991-5788

ATTORNEYS FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| NOBLE REY BREWING CO, LLC | § | CASE 18-34214-11 |
| | § | |
| DEBTOR | § | |

BALLOT FOR ACCEPTING OR REJECTING PLAN

Noble Rey Brewing Company, having filed its Amended Plan of Reorganization on March 4, 2019, (the "Plan") and accompanying Debtor's Amended Disclosure Statement pursuant to Section 1125 of the Bankruptcy Code filed on March 4, 2019, (the "Disclosure Statement"), which accompany this form of Ballot for Accepting or Rejecting Plan.

The Plan referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each class and the holders of two-thirds (2/3) in amount of equity security interests in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code. To have your vote count you must complete and return this ballot.

The undersigned, an Secured Creditor in class 3 in the amount of $ __300,000__

__✓__ Accepts the Plan         _____ Rejects the Plan

NAME OF CLAIMANT: __JPMorgan Chase Bank, NA__

BALLOT - Page 1
C:\docs\metro\ballot

Signed: _____
(If appropriate) By: Richard Dubois

As (indicate capacity) Attorney
Address: 1601 Elm St. #4100
Dallas TX 75201

**RETURN AN EXECUTED COPY OF THIS BALLOT TO BE RECEIVED ON OR BEFORE APRIL 4, 2019 BY 5:00 P.M. TO ERIC A. LIEPINS, ATTORNEY AT LAW, 12770 COIT ROAD, SUITE 1100, DALLAS, TX 75251, (972) 991-5788 - TELECOPIER.**

BALLOT - Page 2
C:\docs\metro\ballot

Eric A. Liepins
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 1100
Dallas, Texas 75251
Ph. (972) 991-5591
Fax (972) 991-5788

ATTORNEYS FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| NOBLE REY BREWING CO, LLC | § | CASE 18-34214-11 |
| | § | |
| DEBTOR | § | |

## BALLOT FOR ACCEPTING OR REJECTING PLAN

Noble Rey Brewing Company, having filed its Amended Plan of Reorganization on March 4, 2019, (the "Plan") and accompanying Debtor's Amended Disclosure Statement pursuant to Section 1125 of the Bankruptcy Code filed on March 4, 2019, (the "Disclosure Statement"), which accompany this form of Ballot for Accepting or Rejecting Plan.

The Plan referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each class and the holders of two-thirds (2/3) in amount of equity security interests in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code. To have your vote count you must complete and return this ballot.

                    Secured                4

The undersigned, an ~~Unsecured~~ Creditor in class ~~5~~ in the amount of $58,000.00

_____Accepts the Plan        \_\_X_____Rejects the Plan

NAME OF CLAIMANT: Ascentium Capital LLC

BALLOT - Page 1
C:\docs\metro\ballot

Signed: _[signature]_
(If appropriate) By: Ronika Robinson

As (indicate capacity) Bankruptcy Case Specialist
Address:  23970 Highway 59 North
         Kingwood, TX 77339

**RETURN AN EXECUTED COPY OF THIS BALLOT TO BE RECEIVED ON OR BEFORE APRIL 4, 2019 BY 5:00 P.M. TO ERIC A. LIEPINS, ATTORNEY AT LAW, 12770 COIT ROAD, SUITE 1100, DALLAS, TX 75251, (972) 991-5788 - TELECOPIER.**

Eric A. Liepins
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 1100
Dallas, Texas 75251
Ph. (972) 991-5591
Fax (972) 991-5788

ATTORNEYS FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| NOBLE REY BREWING CO, LLC | § | CASE 18-34214-11 |
| | § | |
| DEBTOR | § | |

## BALLOT FOR ACCEPTING OR REJECTING PLAN

Noble Rey Brewing Company, having filed its Amended Plan of Reorganization on March 4, 2019, (the "Plan") and accompanying Debtor's Amended Disclosure Statement pursuant to Section 1125 of the Bankruptcy Code filed on March 4, 2019, (the "Disclosure Statement"), which accompany this form of Ballot for Accepting or Rejecting Plan.

The Plan referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each class and the holders of two-thirds (2/3) in amount of equity security interests in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code. To have your vote count you must complete and return this ballot.

The undersigned, an Unsecured Creditor in class 5 in the amount of $ _402,651.68_

__✓__ Accepts the Plan  _____ Rejects the Plan

NAME OF CLAIMANT: _JPMorgan Chase Bank, N/_

BALLOT - Page 1
C:\docs\metro\ballot

Signed: _[signature]_
(If appropriate) By: Richard Hafoe
As (indicate capacity) Attorney
Address: 1601 Elm St. #4160
Dallas TX 75201

**RETURN AN EXECUTED COPY OF THIS BALLOT TO BE RECEIVED ON OR BEFORE APRIL 4, 2019 BY 5:00 P.M. TO ERIC A. LIEPINS, ATTORNEY AT LAW, 12770 COIT ROAD, SUITE 1100, DALLAS, TX 75251, (972) 991-5788 - TELECOPIER.**

Eric A. Liepins
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 1100
Dallas, Texas 75251
Ph. (972) 991-5591
Fax (972) 991-5788

ATTORNEYS FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE § | |
| § | |
| NOBLE REY BREWING CO, LLC § | CASE 18-34214-11 |
| § | |
| DEBTOR § | |

## BALLOT FOR ACCEPTING OR REJECTING PLAN

Noble Rey Brewing Company, having filed its Amended Plan of Reorganization on March 4, 2019, (the "Plan") and accompanying Debtor's Amended Disclosure Statement pursuant to Section 1125 of the Bankruptcy Code filed on March 4, 2019, (the "Disclosure Statement"), which accompany this form of Ballot for Accepting or Rejecting Plan.

The Plan referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each class and the holders of two-thirds (2/3) in amount of equity security interests in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code. To have your vote count you must complete and return this ballot.

The undersigned, an Unsecured Creditor in class 5 in the amount of $ _14,185.31_

___X___ Accepts the Plan          _____ Rejects the Plan

NAME OF CLAIMANT: _Cramer Packaging, Inc._

BALLOT - Page 1
C:\docs\metro\ballot

Eric A. Liepins
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 1100
Dallas, Texas 75251
Ph. (972) 991-5591
Fax (972) 991-5788

ATTORNEYS FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| NOBLE REY BREWING CO, LLC | § | CASE 18-34214-11 |
| | § | |
| DEBTOR | § | |

## BALLOT FOR ACCEPTING OR REJECTING PLAN

Noble Rey Brewing Company, having filed its Amended Plan of Reorganization on March 4, 2019, (the "Plan") and accompanying Debtor's Amended Disclosure Statement pursuant to Section 1125 of the Bankruptcy Code filed on March 4, 2019, (the "Disclosure Statement"), which accompany this form of Ballot for Accepting or Rejecting Plan.

The Plan referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each class and the holders of two-thirds (2/3) in amount of equity security interests in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code. To have your vote count you must complete and return this ballot.

The undersigned, an Unsecured Creditor in class 5 in the amount of $ 2,525.20

___X___ Accepts the Plan            _____ Rejects the Plan

NAME OF CLAIMANT: Crosby Hop Farm, LLC

BALLOT - Page 1
C:\docs\metro\ballot

Signed: /s/ Ryan Ramsay
(If appropriate) By: RYAN RAMSAY

As (indicate capacity) ACCOUNTING MANAGER
Address: 8648 CROSBY RD NE
WOODBURN, OR 97071

**RETURN AN EXECUTED COPY OF THIS BALLOT TO BE RECEIVED ON OR BEFORE APRIL 4, 2019 BY 5:00 P.M. TO ERIC A. LIEPINS, ATTORNEY AT LAW, 12770 COIT ROAD, SUITE 1100, DALLAS, TX 75251, (972) 991-5788 - TELECOPIER.**

Eric A. Liepins
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 1100
Dallas, Texas 75251
Ph. (972) 991-5591
Fax (972) 991-5788

ATTORNEYS FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| NOBLE REY BREWING CO, LLC | § | CASE 18-34214-11 |
| | § | |
| DEBTOR | § | |

## BALLOT FOR ACCEPTING OR REJECTING PLAN

Noble Rey Brewing Company, having filed its Amended Plan of Reorganization on March 4, 2019, (the "Plan") and accompanying Debtor's Amended Disclosure Statement pursuant to Section 1125 of the Bankruptcy Code filed on March 4, 2019, (the "Disclosure Statement"), which accompany this form of Ballot for Accepting or Rejecting Plan.

The Plan referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each class and the holders of two-thirds (2/3) in amount of equity security interests in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code. To have your vote count you must complete and return this ballot.

The undersigned, an Unsecured Creditor in class 5 in the amount of $ __55,916.34__

_____ Accepts the Plan      __X__ Rejects the Plan

NAME OF CLAIMANT: __Ascentium Capital LLC__

BALLOT - Page 1
C:\docs\metro\ballot

Signed: _[signature]_
(If appropriate) By: <u>Ronika Robinson</u>

As (indicate capacity) <u>Bankruptcy Case Specialist</u>
Address: <u>23970 U.S. Highway 59 North</u>
<u>Kingwood, TX 77339</u>

**RETURN AN EXECUTED COPY OF THIS BALLOT TO BE RECEIVED ON OR BEFORE APRIL 4, 2019 BY 5:00 P.M. TO ERIC A. LIEPINS, ATTORNEY AT LAW, 12770 COIT ROAD, SUITE 1100, DALLAS, TX 75251, (972) 991-5788 - TELECOPIER.**