Eric A. Liepins
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 1100
Dallas, Texas 75251
Ph. (972) 991-5591
Fax (972) 991-5788

PROPOSED ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § § | |
| NOBLE REY BREWING CO, LLC | § § | CASE 18-34214-11 |
| DEBTOR | § § | |

WITNESS AND EXHIBIT LIST

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Noble Rey BrewingCo., LLC, ("Debtor"), as Debtor in possession, files this its Witness and Exhibit List for hearing on Motion to Ratify Sale and respectfully represents as follows:

Witness

Chris Rigoulot

Representative of Craft Equipment LLC

Any witness designated by any other party

Exhibits

Amended Disclosure Statement

Amended Plan

Certificate of Service

Notice of intent to Conduct Auction

Purchase and Sale Agreement

Any exhibit designated by any other party

Respectfully submitted,

\_\_/s/ Eric Liepins_____
ERIC A. LIEPINS
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 1100
Dallas, Texas 75251
 (972) 991-5591
 (972) 991-5788 - telecopier

PROPOSED ATTORNEYS FOR DEBTOR

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing List was sent to all creditors of the estate on this the15th day of April  2019.

\_\_/s/ Eric Liepins _____
Eric Liepins