ERIC A. LIEPINS
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 1100
Dallas, Texas 75251
(972) 991-5591
(972) 991-5788 - telecopier

PROPOSED ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| NOBLE REY BREWING CO., LLC | § | CASE NO 18-34214 |
| | § | |
| | § | |

RESPONSE TO MOTION TO LIFT STAY

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Noble Rey Brewing Co., LLC.("Debtor") in the above-styled and numbered cause, and files this its Response to Motion of JPMorgan Chase to Lift Stay ("Motion"), and in support thereof would respectfully show unto the Court as follows:

1. Debtor admits Movant is a creditor of the estate but denies the remaining allegations contained in paragraph 1 of the Motion.

2. Debtor admits the allegations contained in paragraph 2 of the Motion.

3. Debtor admits the allegations contained in paragraph 3 of the Motion.

4. Debtor admits the allegations contained in paragraph 4 of the Motion.

5. Debtor admits the allegations contained in paragraph 5 of the Motion.

6. Debtor admits the allegations contained in paragraph 6 of the Motion.

7. Debtor cannot admit or deny the allegations contained in paragraph 7 of the Motion.

8. Debtor admits the first sentence of paragraph 8 of the Motion, but denies the remainder of the paragraph.

9. Debtor denies the allegations contained in paragraph 9 of the Motion.

10. Debtor would show that the Court with the approval of Movant allowed for the sale of substantially all of the Debtor's assets and provided that Movant would receive $200,000 from said sale on account of its secured claim. Therefore under the terms of the agreement between the parties the secured claim of Movant has been paid in full.

WHEREFORE, PREMISES CONSIDERED, Debtor, Noble Rey Brewing Co., LLC. respectfully pray this Honorable Court enter an denying the Motion and for such other and further relief, at law or in equity, to which Debtor may show itself justly entitled.

Respectfully submitted,

ERIC A. LIEPINS, P.C.
12770 Coit Road, Suite 1100
Dallas, Texas  75251
(972) 991-5591
(972) 991-5788 - fax

BY: /s/ Eric Liepins
    ERIC A. LIEPINS, SBN 12338110

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing document was sent to Richard Dafoe, 1601 Elm Street, Suite 4100, Dallas, Texas 75201 via United States mail on this the 22nd day of April 2019.

                                __/s/ Eric Liepins_____
                                Eric A. Liepins