## Martha Esquino

**From:** Eric A. Liepins
**Sent:** Friday, May 3, 2019 11:54 AM
**To:** Martha Esquino
**Subject:** FW: U.S. Bankruptcy Court, Northern District of Texas - Undeliverable Notice, In re: Noble Rey Brewing Co., LLC, Case Number: 18-34214, bjh, Ref: [p-134235124]
**Attachments:** B_P31834214pdf0130238.PDF

---

**From:** USBankruptcyCourts@noticingcenter.com
**Sent:** Friday, May 3, 2019 11:53:59 AM (UTC-06:00) Central Time (US & Canada)
**To:** Eric A. Liepins
**Subject:** U.S. Bankruptcy Court, Northern District of Texas - Undeliverable Notice, In re: Noble Rey Brewing Co., LLC, Case Number: 18-34214, bjh, Ref: [p-134235124]

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

May 4, 2019

From: United States Bankruptcy Court, Northern District of Texas

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Noble Rey Brewing Co., LLC, Case Number 18-34214, bjh

FILED
MO  MAY 08 2019
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court
1100 Commerce Street
Room 1254
Dallas, TX 75242**

Undeliverable Address:
Beer Dudes

1

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

2401 Worthington DR Ste 121
Denton, TX 76207

Undeliverable Address:
Domino

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

8805 Sovereign Row
Dallas, TX 75247

Undeliverable Address:
Hopstiener

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

1 W Washington Ave
Yakima, Washington 98903

_____    5/6/19
Signature of Debtor or Debtor's Attorney    Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

2