

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 13, 2019**

_____
**United States Bankruptcy Judge**
_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| NOBLE REY BREWING CO, LLC | § | CASE 18-34214-11 |
| | § | |
| DEBTOR | § | |

**ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT PURSUANT TO SECTION 1125 OF THE BANKRUPTCY CODE AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN, COMBINED WITH NOTICE THEREOF**

An Amended Disclosure Statement, pursuant to Section 1125 of the Bankruptcy Code was filed on May 8, 2019 ("Disclosure Statement") by Noble Rey Brewing Company Debtor in the above-styled and referenced bankruptcy proceeding referring to Debtor's Amended Plan of Reorganization filed May 8, 2019, came on for consideration by the Court. The Court having conditionally determined that the Disclosure Statement, contains adequate information;

It is ordered, and notice is hereby given, that:

A. The Disclosure Statement filed by the Debtor is conditionally approved.

B. June 11, 2019 is fixed as the last day for filing and serving pursuant to Rule 3020(b)(1) written acceptances or rejections of the Plan in the form of a ballot. One copy of the ballot shall be returned on or before said date to counsel of record, Eric A. Liepins, 12770 Coit Road, Suite 1100, Dallas, TX 75251.

C. No later than May 15, 2019, the Plan, the Order Conditionally Approving the Disclosure Statement, the Disclosure Statement, a Ballot conforming to New Official Form No. 14 shall be transmitted by mail to creditors, equity security holders and other parties in interest, and shall be transmitted to the United States Trustee, as provided in Fed. R. Bankr. P. 3017(d).

D. June 14, 2019 at 9:00 a.m. is fixed for the hearing on Confirmation of the Plan and Final Approval of the Disclosure Statement in the Courtroom of the Honorable Harlin D. Hale 1100 Commerce Street, 14th Floor, Dallas, Texas.

E. June 11, 2019 at 5:00 p.m. is fixed as the last day for filing and serving pursuant to Fed. R. Bankr. P. 3020(b)(1) written objections to confirmation of the Plan or the Disclosure Statement.

### End of Order ###

__/s/ Meredyth Kippes___
Office of the United States Trustee