Eric A. Liepins
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 1100
Dallas, Texas 75251
Ph. (972) 991-5591
Fax (972) 991-5788

PROPOSED ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| NOBLE REY BREWING CO, LLC | § | CASE 18-34214-11 |
| | § | |
| DEBTOR | § | |

NOTICE OF HEARING

    PLEASE BE ADVISED that hearing on the Debtor's Motion to Compel Compliance with Sale Order has been set for May 17 ,2019 beginning at 9 :00 a.m. in the Courtroom of the Honorable Harlin D. Hale, 1100 Commerce Street, 14th Floor, Dallas, Texas.

Respectfully submitted,

__/s/ Eric Liepins_____
ERIC A. LIEPINS
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 1100
Dallas, Texas 75251
 (972) 991-5591
 (972) 991-5788 - telecopier

PROPOSED ATTORNEYS FOR DEBTOR

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing Notice was sent to all creditors of the estate on this the 14th day of May 2019.

                                               __/s/ Eric Liepins _____
                                               Eric Liepins