David W. Elmquist - SBT #06591300
**REED & ELMQUIST, P.C.**
501 N. College Street
Waxahachie, Texas 75165
(972) 938-7339
1+(972) 923-0430 (fax)

**ATTORNEYS FOR DF MARKET 2, LLC**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| NOBLE REY BREWING CO., LLC, | § | CASE NO. 18-34214-BJH-11 |
| | § | |
| Debtor. | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that REED & ELMQUIST, P.C. ("R&E") appears as counsel on behalf of DF MARKET 2, LLC, a creditor and party-in-interest in the above captioned case, and hereby submits this Notice of Appearance and requests notice of all hearings and conferences herein, and makes demand for service of all papers herein, including all papers and notices pursuant to Bankruptcy Rules 2002, 3017, 9007 and 9010, and § 342 of the Bankruptcy Code. All notices given or required to be given in this case shall be given to and served at the following address:

> David W. Elmquist
> Reed & Elmquist, P.C.
> 501 N. College Street
> Waxahachie, Texas 75165
> (972) 938-7339
> 1+(972) 923-0430 (fax)
> E-mail: delmquist@bcylawyers.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, the schedules, statement of financial affairs, operating reports, any plan of reorganization or disclosure statement, any notice of fee

applications, any letter, application, motion, complaint, objection, claim, demand, hearing, petition, pleadings or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise filed with or delivered to the Bankruptcy Clerk, Clerk, Court or Judge (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to the above-referenced bankruptcy case and any adversary proceedings related thereto.

Dated: May 14, 2019.

Respectfully submitted,

**REED & ELMQUIST, P.C.**
501 N. College Street
Waxahachie, TX 75165
(972) 938-7339
1+(972) 923-0430 (fax)

By: /s/ David W. Elmquist
David W. Elmquist – SBT #06591300

**ATTORNEYS FOR DF MARKET 2, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 14, 2019, a true and correct copy of the foregoing Notice of Appearance and Request for Notices was served electronically on all registered ECF users in this case.

/s/ David W. Elmquist
David W. Elmquist