

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 16, 2019**

_(signature)_

**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 18-34214 |
| NOBLE REY BREWING, CO., LLC, | § | |
| | § | Chapter 11 |
| Debtor. | § | |

### ORDER GRANTING MOTION OF 1319 MOTOR CIRCLE, L.P. TO ALLOW ADMINISTRATIVE CLAIM PURSUANT TO 11 U.S.C. § 503(B) AND TO COMPEL PAYMENT OF SAME PURSUANT TO 11 U.S.C. § 365(D)(3)

COMES ON FOR HEARING, on May 10, 2019, the _Motion of 1319 Motor Circle, L.P. to Allow Administrative Claim Pursuant to 11 U.S.C. § 503(b) and to Compel Payment of Same Pursuant to 11 U.S.C. § 365(d)(3)_ (the "Motion") [Doc. 40] filed by 1319 Motor Circle, L.P. ("Motor Circle"), a creditor and party-in-interest in this bankruptcy case of Noble Rey Brewing, Co., LLC (the "Debtor"). Upon consideration of the Motion, and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b), and the Court having reviewed the Motion and the objection thereto filed

---

by the Debtor, and the Court having determined that just cause exists for the relief granted herein, and it appearing that no other or further notice need be provided, it is hereby:

ORDERED that the Motion is GRANTED as provided herein; it is further

ORDERED that Motor Circle is hereby granted an allowed administrative claim pursuant to 11 U.S.C. § 503(b) in the amount of $31,217.88 (the "Administrative Claim"); it is further

ORDERED that the Debtor shall pay to Motor Circle $15,608.94 of the Administrative Claim within three (3) business days of the Debtor's receipt of funds from the asset sale approved by this court pursuant to the *Order Granting Debtor's Motion to Ratify Sale of Property of the Estate Under 11 U.S.C. § 363(b)( and (f)* [Doc. 63]; it is further

ORDERED that the Debtor's failure to pay as commanded in the immediately above paragraph shall have no effect on the allowance or amount of the Administrative Claim; it is further

ORDERED that any balance of the Administrative Claim is to be treated as an allowed administrative claim under 11 U.S.C. § 503(b) under any plan filed by the Debtor; it is further

ORDERED that the allowance and amount of the Administrative Claim shall be binding on any chapter 7 trustee of the Debtor and its estate.

### END OF ORDER ###

Order Submitted by:

**MUNSCH HARDT KOPF & HARR, P.C**.
Thomas D. Berghman
Texas Bar No. 24082683
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
E-mail: tberghman@munsch.com

**COUNSEL TO 1319 MOTOR CIRCLE, LP**

Agreed by:

**ERIC A. LIEPINS, P.C.**
Eric A. Liepins
Texas Bar No. 12338110
12770 Coit Road, Ste. 1100
Dallas, Texas 75251
Telephone: (972) 991-5591
Facsimile: (972) 991-5788
E-mail: eric@ealpc.com

**COUNSEL TO THE DEBTOR**