David W. Elmquist - SBT #06591300
**REED & ELMQUIST, P.C.**
501 N. College Street
Waxahachie, Texas 75165
(972) 938-7339
1+(972) 923-0430 (fax)

**ATTORNEYS FOR DF MARKET 2, LLC**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| NOBLE REY BREWING CO., LLC, | § § § § | CASE NO. 18-34214-BJH-11<br>**Hearing Date: May 23, 2019** |
| Debtor. | | **Hearing Time: 1:30 p.m.** |

**WITNESS AND EXHIBIT LIST OF DF MARKET 2, LLC**
**FOR HEARING ON MOTION TO ASSUME AND ASSIGN LEASE**

TO THE HONORABLE BARBARA J. HOUSER, UNITED STATES BANKRUPTCY JUDGE:

DF Market 2, LLC ("DFM2"), files this Witness and Exhibit List for the May 23, 2019 hearing on the Debtor's Motion to Assume and Assign Lease, and respectfully designates the following potential witnesses and exhibits:

**Witnesses**

1. Brian Bergersen.

2. Any witness identified or called by any other party.

3. Any rebuttal or impeachment witness.

**Exhibits**

**Tab**    **Description**

1. Lease Agreement between the Debtor and DFM2 dated April 13, 2015 with all exhibits.

2. Guaranty of Lease signed by Chris Rigoulot (Exhibit E to Lease Agreement).

3. Lonestar Liquid Assets Business Plan created May 2019.

4. Any exhibit identified or offered by any other party.

5. Any rebuttal or impeachment exhibit.

Additionally, DFM2 expressly reserves the right to amend and add additional witnesses and exhibits, as they are determined to be relevant or helpful by DFM2 or the Court. Moreover, DFM2 reserves the right to use any pleadings or other documents filed in the bankruptcy case and to move the Court for additional relief, if necessary.

Dated: May 20, 2019.

Respectfully submitted,

**REED & ELMQUIST, P.C.**
501 N. College Street
Waxahachie, TX 75165
(972) 938-7339
(972) 923-0430 (fax)

By: */s/ David W. Elmquist*
David W. Elmquist – SBT #06591300

**ATTORNEYS FOR DF MARKET 2, LLC**

## CERTIFICATE OF SERVICE

This is to certify that on May 20, 2019, a true and correct copy of the foregoing Witness and Exhibit List was served on all parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District, which includes Debtor's counsel.

*/s/ David W. Elmquist*
David W. Elmquist