John E. Mitchell
Scott D. Lawrence
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone: (214) 720-4300
john.mitchell@akerman.com
scott.lawrence@akerman.com

*Counsel for Craft Equipment, LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| NOBLE REY BREWING CO., LLC | § | |
| | § | Case No. 18-34214 |
| Debtor. | § | |

### DEBTORS' AMENDED WITNESS AND EXHIBIT LIST FOR HEARING ON MAY 23, 2019 AT 1:30 P.M.

Craft Equipment, LLC ("Craft"), hereby submits its Witness and Exhibit List as to the following matter which is set for hearing on May 23, 2019 at 1:30 p.m.

**Debtor's Motion to Assume and Assign Lease [ECF No. 66]**

### WITNESSES

Craft designates the following individual who may be called as a witness:

- Kyle Lythjohan, Managing Member of Proposed Assignee

Craft reserves the right to call any witnesses designated by any other party, as well as rebuttal witnesses.

## EXHIBITS

Craft designates the following exhibits that may be admitted:

| EXHIBIT NUMBER | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 1. | Lease Agreement Between DF Market 2, LLC and Noble Rey Brewing Company, LLC dated 13th April, 2019 | | | | | | |
| 2. | Business Plan and Financial Projections of Lonestar Liquid Assets, LLC | | | | | | |

Craft reserves the right to use any exhibits presented by any other party. Craft also reserves the right to use exhibits not listed here for impeachment or rebuttal purposes at the hearing. Craft reserves the right to supplement or amend this Witness and Exhibit List any time prior to the hearing.

Dated: May 21, 2019                Respectfully submitted,

AKERMAN LLP

  /s/ Scott D. Lawrence
John E. Mitchell, SBN: 00797095
Scott Lawrence, SBN: 24087896
2001 Ross Avenue, Suite 3600
Dallas, TX  75201
Telephone:   (214) 720-4300
Facsimile:    (214) 981-9339
john.mitchell@akerman.com
scott.lawrence@akerman.com

*Counsel for Craft Equipment, LLC*

48954658;1

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 21, 2019, a true and correct copy of the foregoing document was served electronically by the Court's PACER system to all parties receiving such notices. I further certify that the information contained herein was provided to David Elmquist, Esq., via email on May 20, 2019 and that this filing was delayed because of technical difficulties.

            */s/ Scott D. Lawrence*
            Scott D. Lawrence

48954658;1