

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 22, 2019**

**United States Bankruptcy Judge**

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| NOBLE REY BREWING CO., LLC | § § § § | CASE NO 18-34214 |

ORDER ON EMERGENCY MOTION TO COMPEL COMPLIANCE WITH SALE ORDER

CAME ON to be considered this day the Motion of Noble Rey Brewing Co., LLC.("Debtor") to Compel Compliance with Sale Order ("Motion"). The Court having reviewed the pleading, the Court's Record, and having heard argument of counsel is of the opinion the Motion is well founded and for the reasons set forth in open Court, should be Granted. It is

accordingly,

ORDERED, ADJUDGED AND DECREED Craft Equipment, LLC ("Craft") is to pay the Purchase Price in accordance with the Sale Order pursuant to the terms of the Asset Purchase Agreement. It is further,

ORDERED, ADJUDGED AND DECREED the Debtor shall deliver the executed Assignment and Assumption Agreement under the Asset Purchase Agreement ("APA") to Craft no later than 5:00 p.m. on Tuesday May 21, 2019. It is further,

ORDERED, ADJUDGED AND DECREED the Debtor shall deliver to the Texas Alcoholic Beverage Commission the liquor permits for its locations on Farrington Street and the Dallas Farmers Market and provide Craft with the recipes and brewing instructions for its products no later than 5:00 p.m. on Wednesday, May 22, 2019. It is further,

ORDERED, ADJUDGED AND DECREED the "closing Date" referenced in Section 2.1 of the APA shall be Thursday May 23, 2019. Craft is to pay the Purchase Price on the Closing Date in accordance with the Sale Order. It is further,

ORDERED, ADJUDGED AND DECREED the Debtor shall provide for the name change required under the APA in its confirmed Plan of Reorganization.

### End of Order ###