

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 29, 2019**

United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| NOBLE REY BREWING CO., LLC | § | CASE NO 18-34214 |
| | § | |
| | § | |

### AGREED ORDER ON CONTINUANCE OF HEARING ON MOTION TO ASSUME AND ASSIGN LEASE

CAME ON to be considered this day the request to continue hearing on Motion of Noble

Rey Brewing Co., LLC.("Debtor") to Assume and Assign Lease ("Motion"). The Debtor having

filed the Motion seeking to Assume and Assign a lease at the Dallas Farmers Market to Craft Equipment, LLC ("Craft") and the landlord, FM Market 2, LLC ("DF") having objected to the Motion.  The Motion having been set for hearing on May 23, 2019, and the Court having been informed that Debtor, Craft and DF have requested the matter be continued, is of the opinion the following order shall enter. It is accordingly,

ORDERED, ADJUDGED AND DECREED the hearing on the Debtor's Motion to Assume and Assign is hereby continued until June 7, 2019 beginning at 10:00 a.m. in the Courtroom of the Honorable Harlin D Hale, 1100 Commerce Street, 14th Floor, Dallas, Texas.

### End of Order ###

Agreed:

__/s/ Scott Lawrence_____
Scott Lawrence, Counsel for Craft Equipment, LLC

__/s/ David Elmquist_____
Davis Elmquist, Counsel of DF Market 2, LLC

__/s/ Eric Liepins_____
Eric Liepins, Counsel for Debtor