

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 31, 2019**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| NOBLE REY BREWING CO., LLC | § § § § | CASE NO 18-34214 |

ORDER ON
APPLICATION FOR AUTHORITY
TO EMPLOY ACCOUNTANT FOR DEBTOR

ON this day, came on for consideration the Application to Employ filed by Noble Rey Brewing Co., LLC ("Noble"), seeking approval of the Court to allow Susan Cartmill (the "Firm") to be accountants for the Debtor as more particularly set forth in the Application and Affidavit on file in this matter. No notice of hearing on said Application need be given and no objections have been filed that have not been withdrawn. Noble and the Firm have represented to this Court that the Firm holds or represents no interest adverse to the Debtor or its estate, that it is disinterested, and that its employment is in the best interest of the estate. It is therefore

ORDERED, that Noble is authorized to employ the Firm as accountants for the Debtor pursuant to 11 U.S.C. § 327(a), with all fees payable subject to interim and/or final application to and approval of this Court; and it is further

ORDERED, that the Firm shall comply in all respects with N.D. TX L.B.R. 2016.1 and the Rules of the Court as set forth in the United States Bankruptcy Court Northern District of Texas Attorney Desk Reference, including Appendix B thereof.

# # # END OF ORDER # # #