John E. Mitchell
Scott D. Lawrence
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone: (214) 720-4300
john.mitchell@akerman.com
scott.lawrence@akerman.com

*Counsel for Craft Equipment, LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| NOBLE REY BREWING CO., LLC | § | |
| | § | Case No. 18-34214 |
| Debtor. | § | |

**DEBTORS' AMENDED WITNESS AND EXHIBIT LIST FOR
HEARING ON JUNE 7, 2019 AT 10:00 A.M.**

Craft Equipment, LLC ("Craft"), hereby submits its Amended Witness and Exhibit List as to the following matter which is set for hearing on June 7, 2019 at 10:00 a.m.

**Debtor's Motion to Assume and Assign Lease [ECF No. 66]**

**WITNESSES**

Craft designates the following individual who may be called as a witness:

- Kyle Lythjohan, Managing Member of Proposed Assignee

Craft reserves the right to call any witnesses designated by any other party, as well as rebuttal witnesses.

49072718;1

## **EXHIBITS**

Craft designates the following exhibits that may be admitted:

| EXHIBIT NUMBER | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 1. | Lease Agreement Between DF Market 2, LLC and Noble Rey Brewing Company, LLC dated 13th April, 2019 | | | | | | |
| 2. | Business Plan and Financial Projections of Lonestar Liquid Assets, LLC | | | | | | |
| 3. | Pay Statements for Kyle Lythjohan | | | | | | |
| 4. | 2018 Form W2 for Kyle Lythjohan | | | | | | |
| 5. | Proof of Funds for Assignee Obligations | | | | | | |
| 6. | Report of Certificates of Occupancy Issued by Dallas County in April 2019 | | | | | | |
| 7. | Online Inquiry for Texas Alcoholic Beverage Commission License Number BG1055637 | | | | | | |
| 8. | Copy of "Innovative Craft Beer Pop-Up Opens at Dallas Farmers Market" by Teresa Gubbins, CultureMap Dallas, 22 May 2019, *available at* http://dallas.culturemap.com/news/restaurants-bars/05-22-19-2nd-tap-noble-rey-dallas-farmers-market/ | | | | | | |

Craft reserves the right to use any exhibits presented by any other party. Craft also reserves the right to use exhibits not listed here for impeachment or rebuttal purposes at the hearing. Craft reserves the right to supplement or amend this Witness and Exhibit List any time prior to the hearing.

Dated: June 5, 2019

Respectfully submitted,

AKERMAN LLP

 */s/ Scott D. Lawrence*
John E. Mitchell, SBN: 00797095
Scott Lawrence, SBN: 24087896
2001 Ross Avenue, Suite 3600
Dallas, TX  75201
Telephone:   (214) 720-4300
Facsimile:   (214) 981-9339
john.mitchell@akerman.com
scott.lawrence@akerman.com

*Counsel for Craft Equipment, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2019, a true and correct copy of the foregoing document was served electronically by the Court's PACER system to all parties receiving such notices.

 */s/ Scott D. Lawrence*
Scott D. Lawrence