**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 18-34214-bjh** |
| **NOBLE REY BREWING CO., LLC,** | § | **Chapter 11** |
| | § | |
| | § | **Hearing Date: June 7, 2019** |
| Debtor. | § | **Hearing Time: 10:00 a.m.** |

**WITHDRAWAL OF**
**MOTION OF BANK OF AMERICA FOR RELIEF FROM AUTOMATIC STAY**

TO THE HONORABLE U.S. BANKRUPTCY COURT:

**Bank of America** hereby files its Withdrawal of its Motion for Relief from Automatic Stay, and would show the Court the following:

1.     Bank of America's Motion for Relief from Automatic Stay was filed on April 9, 2019 (Docket No. 52).

2.     Based on receiving proceeds from the sale of the real property securing its debt Bank of America and the Debtor have resolved the issues contained in the Motion.  Accordingly, Bank of America wishes to withdraw its Motion.

Respectfully submitted,

/s/ Richard G. Dafoe
Richard G. Dafoe
State Bar No. 05309500
Vincent Serafino Geary Waddell Jenevein, P.C.
1601 Elm Street, Suite 4100
Dallas, Texas  75201
214-979-7427 - Telephone
214-979-7402 – Facsimile
rdafoe@vinlaw.com

ATTORNEYS FOR  BANK OF AMERICA

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served on the 6th day of June, 2019, to the parties listed below either electronically or by U.S. first class mail:

Eric Liepins .
Law Offices of Eric A. Liepins, P.C.
ATTORNEY FOR THE DEBTOR

/s/ Richard G. Dafoe
Richard G. Dafoe