

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 14, 2019**

_____
**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| NOBLE REY BREWING CO., LLC, | § | CASE NO. 18-34214-BJH-11 |
| | § | |
| Debtor. | § | |

### ORDER DENYING DEBTOR'S MOTION TO ASSUME AND ASSIGN LEASE

On June 7 and 11, 2019 came on for hearing the Debtor's Motion to Assume and Assign Lease (the "Motion") [Docket No. 66] and the Amended Objection to the Motion filed by DF Market 2, LLC (the "Objection") [Docket No. 92]. After considering the pleadings, the evidence presented, and the argument of counsel, the Court finds for the reasons stated on the record on June 12, 2019 that the Objection should be sustained and the Motion should be denied. It is therefore

ORDERED that the Motion is hereby DENIED.

### END OF ORDER ###

<u>Submitted by:</u>

David W. Elmquist (SBT #06591300)
REED & ELMQUIST, P.C.
501 N. College Street
Waxahachie, TX  75165
(972) 938-7339
(972) 923-0430 (fax)
E-mail:  delmquist@bcylawyers.com

ATTORNEYS FOR DF MARKET 2, LLC