

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 19, 2019**

_____
**United States Bankruptcy Judge**

_____

BTXN 056 (rev. 03/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:  §
Noble Rey Brewing Co., LLC  §  Case No.: 18–34214–bjh11
 §  Chapter No.: 11
Debtor(s)  §

**CHAPTER 11 POST–CONFIRMATION ORDER**

The Court entered an order confirming a plan in this case. Pursuant to 11 U.S.C. §1106(a)(7) and Bankruptcy Rule 3022, to provide a schedule for final action in this case, it is therefore

**ORDERED** that all applications for the award of compensation or expenses, if any, for professional persons in this case and motions for administrative expenses, if any, shall be filed and served within 60 days after entry of this order, unless the confirmation order or plan provides otherwise. Objections to any application or motion must be filed within 21 days of service, and it is further

**ORDERED** that objections to claims, if any, shall be filed and served within 60 days after entry of this order, unless the confirmation order or plan provides otherwise. Responses to the objections must be filed within 30 days of service, and it is further

**ORDERED** that the Debtor(s) or plan proponent(s) shall obtain settings for hearings on all applications for the award of compensation or expenses and motions for administrative expenses, and, consistent with the notice requirements of Bankruptcy Rule 3007, to determine objections to claims, and it is further

**ORDERED** that the Debtor(s), plan proponent(s), or other responsible party, after substantial consummation as defined under 11 U.S.C. §1101(2), shall file an application for final decree, and it is further

**ORDERED** that if the application for final decree is not filed within 180 days of the entry of this Order, a status conference will be held on **December 20, 2019**, at **10:00AM**, and it is further

**ORDERED** that if the Debtor(s), plan proponent(s) or other responsible party do(es) not appear at the status conference, the Court, on its own motion, may enter a final decree closing the case pursuant to Bankruptcy Rule 3022 or dismiss the case, and it is further

**ORDERED** that the Debtor(s) or plan proponent(s) shall certify that copies of this order were mailed to all creditors and other parties in interest within 14 days of entry of this order.

# # # End of Order # # #