ERIC A. LIEPINS
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 1100
Dallas, Texas 75251
(972) 991-5591
(972) 991-5788 - telecopier

ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| Noble Rey Brewing Co., LLC | § § | CASE NO. 18-34214-bjh11 |
| DEBTOR | § § | |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Chapter 11 Post Confirmation Order was served via United States mail to all creditors of the estate on June 19, 2019.

Respectfully submitted,

ERIC A. LIEPINS
ERIC A. LIEPINS, P.C.
12770 Coit Road, Suite 1100
Dallas, Texas 75251
(972) 991-5591
(972) 991-5788 - fax

BY: /s/ Eric Liepins
       ERIC A. LIEPINS, SBN 12338110

| | | |
|---|---|---|
| Noble Rey Brewing Co., LLC<br>2636 Farrington Street<br>Dallas, Tx 75207 | U.S. Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-1011 | Internal Revenue Services<br>1100 Commerce Street<br>MC 5024DAL<br>Dallas, TX 75242-1081 |
| Internal Revenue Service<br>PO BOX 7346<br>Philadelphia, PA 19101 | 1302-1350 Motor Circle LP<br>P.O. Box 50076<br>Midland, TX 79710 | 2Pinnacle Capital Partner<br>PO Box 1817<br>Tacoma, WA 98401 |
| Ascentium Capital<br>23970 Highway 59 North<br>Kingwood, TX 77339 | Can Source<br>2120 Miller Drive, Suite G.<br>Longmont, CO 80501 | Capital One - Spark<br>1680 Capitol One Drive<br>Mc Lean, VA 22102-3491 |
| Chris & Kindra Rigoulot<br>3663 Weebrurn Drive<br>Dallas, TX 75229 | Crosby Hops<br>8648 Crosby Road NE<br>Woodburn, OR 97071 | DFM<br>c/o Spectrum Properties<br>1414 Elm Street<br>Dallas, TX 75202 |
| Domino Amjet, Inc.<br>3809 Collection Center Dr.<br>Chicago, IL 60693 | Drumm Law<br>14656 W. 56th Drive<br>Arvada, CO 80002 | Gamer Packaging<br>330 2nd Avenue South<br>#895<br>Minneapolis, MN 55401 |
| Grandstand<br>P.O. Box 3497<br>Wichita, KS 67201 | JP Morgan Chase- Chase Ink<br>270 Park Avenue<br>New York, NY 10017 | Keg Logistics<br>4279a Crosspoint Dr.<br>Ladson, SC 29456 |
| Ken and Leslie Rigoulot<br>1201 Mockingbird Dr.<br>Grapevine, TX 76051 | Lynn Pinker Cox & Hurst<br>2100 Ross Ave.<br>Ste. 2700<br>Dallas, TX 75201 | Masterplan<br>900 Jackson Street,<br>Suite 640<br>Dallas, TX 75202 |
| May Group<br>5012 1200 Forum Way South<br>Fort Worth, TX 76140 | McCarthy, Rose Mills<br>3001 Dallas Parkway 750<br>Frisco, TX 75034 | Omega Yeast<br>4739 W. Montrose Ave<br>Chicago, IL 60641 |
| Overhead Door Company Dallas<br>2617 Anjon<br>Dallas, TX 75220 | Paktech<br>1680 Irving Rd.<br>Eugene, OR 97402 | Pawnee Leasing Corporation<br>3801 Automation Way<br>Suite 207<br>Fort Collins, CO 80525 |
| Platinum<br>348 RXR Plaza<br>Uniondale, NY 11556 | Willamitte Valley<br>PO Box 276<br>Saint Paul, OR 97137 | EULER HERMES N.A AS AGENT FOR<br>JOHNSON BROS<br>800 RED BROOK BLVD<br>#400C<br>OWINGS MILLS, MD 21117-5173 |

| | | |
|---|---|---|
| LINEBARGER, GOGGAN, BLAIR, AND SAMPSON LLP<br>C/O LAURIE SPINDLER<br>**2777 N STEMMONS FWY<br>SUITE 1000<br>DALLAS, TEXAS 75207** | COMPTROLLER OF PUBLIC<br>ACCOUNTS<br>P.O. BOX 12548<br>AUSTIN, TEXAS 78711 | MINER, LTD<br>MATERIAL HANDLING SERVICES,<br>LLC<br>3235 LEVIS COMMONS BLVD<br>PERRYSBERG, OH 43551 |
| S.S. STEINER INC<br>655 MADISON AVENUE<br>NY, NY **10065** | JP Morgan Chase Bank, N.A.<br>C/O Richard Dafoe<br>1601 Elm Street<br>Suite 4100<br>Dallas, Texas 75201 | 1319 Motor Circle, L.P.<br>C/o Munsch Hardt Kopf & Harr, P.C.<br>500 N. Akard St.<br>Ste 3800<br>Dallas, Texas 75201 |
| **Lonestar Liquid Assets LLC<br>C/O Scott Lawrence<br>2001 Ross Ave<br>Suite 3600<br>Dallas, Texas 75201** | Johnson Bros<br>10731 Interstate Highway 35<br>North<br>San Antonio, Texas 78233 | JP Morgan Chase Bank, N.A.<br>C/o Esther Barry<br>P.O. Box 29550 MC AA1-1025<br>Phoenix , AZ 85038 |
| **Paktech<br>C/O Professional Credit Service<br>P.O. Box 7548<br>Springfield, OR 97475** | PLATINUM RAPID FUNDING GROUP,<br>INC<br>PRYOR & MANDELUP, LLP<br>675 OLD COUNRTY ROAD<br>WESTBURY, NY 78711 | Ron Denny<br>724 Rueda<br>Grand Prairie, Texas 75054 |
| **DOMINO<br>8805 Soverign Roq<br>Dallas, Texas 75247** | Hopstiener<br>1 W Washington Ave<br>Yakima, WA 98903 | Beer Dudes<br>2401 Worthington Drive<br>Ste 121<br>Denton, Texas 76207 |