Eric A. Liepins
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 1100
Dallas, Texas 75251
Ph. (972) 991-5591
Fax (972) 991-5788

PROPOSED ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| NOBLE REY BREWING CO, LLC | § | CASE 18-34214-11 |
| | § | |
| DEBTOR | § | |

CERTIFICATE OF NO OBJECTION

I hereby certify that no objections to the Application for Compensation for Accountant for Debtor have been filed or record or received by me as counsel for the Debtor.

Respectfully submitted,

__/s/ Eric Liepins_____
ERIC A. LIEPINS
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 1100
Dallas, Texas 75251
 (972) 991-5591
 (972) 991-5788 - telecopier

PROPOSED ATTORNEYS FOR DEBTOR